**No. 39509.**—Protest 887280–G of S. Lisk & Bro. (New York).

Opinion by SULLIVAN, J. The official sample is in the shape of a cigarette covered with paper, with a gilt mouthpiece. Inside is a noisemaking apparatus or whistle. As it was proved that the article is in part of bamboo and is not a toy the claim at 45 percent under paragraph 409 was sustained. Abstract 37956 cited.

BEFORE THE SECOND DIVISION, OCTOBER 3, 1938

**No. 39510.**—Protests 782968–G (B), etc., of Eugene Dietzgen Co., Inc. (New York).

Opinion by KINCHELOE, J. The protests were sustained on the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290).

**No. 39511.**—Protests 949144–G, etc., of John Henschel Co., Inc., et al. (New York).

Opinion by KINCHELOE, J. The protests were sustained on the authority of *Perseverance Import Corp.* v. *United States* (T. D. 49290).

**No. 39512.**—Protest 912961–G of Lehigh Textile Co. (Boston).

Opinion by KINCHELOE, J. On the authority of *United States* v. *Field* (25 C. C. P. A. 308, T. D. 49422) and *Anniston* v. *Davis* (301 U. S. 337) the protest was dismissed.

**No. 39513.**—Protest 843504–G of Nippon Import & Trading Co. (New York).

Opinion by KINCHELOE, J. The record did not show just what particular form of floor covering the imported merchandise is finally cut or made into. It was found not to be a rug and was held dutiable as carpeting, as claimed, at 35 percent under paragraph 921.